**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**    www.flsb.uscourts.gov

☐ ____3RD____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR: ERLINDA FRANCISCO**      **JOINT DEBTOR:** _____      **CASE NO.: 14-15134-AJC**
**Last Four Digits of SS#** _____      **Last Four Digits of SS#** _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $____500.00 for months __1__ to __60__; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ 2,036.00 + Estimated Expenses  $ 150.00 TOTAL PAID $  2,186.00
          Balance Due to: <u>Sagre Law Firm, P.A.</u> $ 0.00 payable $ 0.00/month (Months  0  to 0 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Description of Collateral and Value of Collateral | Secured Creditor | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  <u>Internal Revenue Service</u>   Total Due        $6,740.37
                                      Pay $____440.90___/month (Months___1___ to __16__).

<u>Unsecured Creditors</u>:              Pay $_____9.10___/month (Months___1___ to __16__).
                                      Pay $____450.00___/month (Months__17__ to __60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: At the request of the Chapter 13 Trustee, on or before May 15 of each year during the pendency of the plan, the Debtor(s) will file the documents listed in Section 521(f)(1),(2),(3) and (4). If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors. American Honda Finance is current and paid direct. All property shall vest in Debtor upon Plan confirmation.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


_____/s/_____
Debtor                                            Joint Debtor

Date:_____                           Date:_____